# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1022-AHM (VBKx) | Date | June 21, 2010 |
|---|---|---|---|
| Title | ELIZABETH BAHN, et al. v. NESTLE U.S.A., INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On June 18, 2010, plaintiffs filed their first amended complaint. Accordingly, the Court denies as moot defendants motion to dismiss the class action complaint.[1]

                                                                                            :
                                                            Initials of Preparer       SMO

---

[1] Docket entry number 10